AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00262 |
| Richard Franklin Barnard, (XX/XX/XXXX) | ) Assigned to: Judge Faruqui, Zia M |
| Jeffery Shane Witcher, (XX/XX/XXXX) | ) Assign Date: 2/24/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

**Richard Franklin Barnard:**
18 U.S.C. § 1752(a)(1) - Unlawful Entry on Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Unlawful Entry on Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Violent entry and disorderly conduct on Capitol Grounds
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating or Picketing in a Capitol Building

**Jeffery Shane Witcher:**
18 U.S.C. § 1512(c)(2)- Obstruction of an Official Proceeding
18 U.S.C. § 1752(a)(1) - Unlawful Entry on Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Unlawful Entry on Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Violent entry and disorderly conduct on Capitol Grounds
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating or Picketing in a Capitol Building

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Mark Winters
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 02/24/2021

*Judge's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*